**IN UNITED STATES** ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

**IN THE CASE OF**
USA v.s. FOWLER
FOR
AT

**LOCATION NUMBER**

**PERSON REPRESENTED** (Show your full name)

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

**DOCKET NUMBERS**
Magistrate
C4M 0457 RBC
District Court

Court of Appeals

**CHARGE/OFFENSE** (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

---

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☐ No ☒ Am Self-Employed
Name and address of employer: DIRIGO PROPERTY, 38 HIGH ROCK ST. LYNN MASS 01902
IF YES, how much do you earn per month? $ 2400. Mo. Am est. IF NO, give month and year of last employment How much did you earn per month? $
If married is your Spouse employed? ☐ Yes ☒ No  SINGLE
IF YES, how much does your Spouse earn per month? $   If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED   SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE    DESCRIPTION
IF YES, GIVE THE VALUE AND $ DESCRIBE IT

---

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents:
List persons you actually support and your relationship to them:

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| RENT COMPENSATION | | $ 575 | $ |
| AUTO LOANS | | $ 900 | $ |
| INSURANCE | | $ 200 | $ |
| MISC. EXPENSES | | $ 300 | $ |

I certify under ~~penalty of perjury~~ that the foregoing is true and correct. True, correct and complete (UCC 1-707 w/p.) Executed on (date) JAN 23 2004  JANUARY 22, 2004 AD

**SIGNATURE OF DEFENDANT** (OR PERSON REPRESENTED) ▶ MICHAEL V FOWLER